## Hawthorne v. The State.

APPEAL from Tallapoosa County Court.

Tried before the Hon. R. A. J. CUMBEE.

JOHN TERRELL, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was tried and convicted for allowing his stock to run at large in a prohibited district. The judgment of conviction is affirmed on the authority of *Hawthorne v. State, ante,* p. 487.

Opinion by BRICKELL, C. J.